2012V00150
PWG/gr

PAUL J. FISHMAN
United States Attorney
PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
Tel: 973.645.2927
peter.gaeta@usdoj.gov

ELECTRONICALLY FILED

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 12-5950 (SRC) |
| -v- | : | |
| $30,936.00 IN UNITED STATES CURRENCY, | : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| Defendant *in rem*. | : | |

**WHEREAS**, on September 21, 2012, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of New Jersey against $30,936.00 in United States currency (hereinafter "defendant property") to enforce the provisions of 21 U.S.C. § 881(a)(6), which subjects to forfeiture to the United States all monies, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance, or represents proceeds traceable to such an exchange, or was used or intended to be used to facilitate a violation Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*; and

**WHEREAS**, pursuant to the Warrant for Arrest *In Rem* issued by the Clerk of the Court on September 24, 2012, the United States Marshals Service seized the defendant property, namely $30,936.00 in United States currency; and

**WHEREAS**, on or about January 8, 2013, copies of the Verified Complaint for Forfeiture *In Rem*, Warrant for Arrest *In Rem*, and a Notice of Forfeiture were sent certified mail, return receipt requested, to Paul M. Glickman, Esq., Glickman Turley LLP, 250 Summer Street, Boston, Massachusetts 02210, counsel for Manuel Jose Pinto (*See* Declaration of Peter W. Gaeta with Exhibits, Exhibit A, hereinafter "Gaeta Decl." filed herein.); and

**WHEREAS**, on or about January 10, 2013, copies of the Verified Complaint for Forfeiture *In Rem*, Warrant for Arrest *In Rem*, and a Notice of Forfeiture were received at the office of Paul M. Glickman, Esq., Glickman Turley LLP, 250 Summer Street, Boston, Massachusetts 02210, counsel for Manuel Jose Pinto (*See* Gaeta Decl. Exhibit A.); and

**WHEREAS**, a notice of civil forfeiture was posted on an official government internet site, namely http://www.forfeiture.gov, beginning on January 10, 2013, and running for thirty consecutive days through February 8, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (*See* Gaeta Decl. Exhibit B.); and

**WHEREAS**, no conforming Claim has been filed within the time required by Rules G(4)(b)(ii) and G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the defendant property; and

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**

1. That a Default Judgment and a Final Order of Forfeiture is granted against the defendant property, namely $30,936.00 in United States currency and no right, title or interest in the defendant property shall exist in any other party; and

2. That all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, shall be deposited forthwith by the Department of Justice, United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

ORDERED this _17_ day of _Jan_, 2013

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.
UNITED STATES DISTRICT COURT